Filed 5/18/23  In re Barraza CA5

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F085875 |
| JOSE ALVARO BARRAZA, JR., | (Tulare Super. Ct. No. PCF413779B) |
| On Habeas Corpus. | **OPINION** |

### THE COURT*

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Sandra Gilles, for Petitioner.

No appearance for Respondent.

No appearance for Real Party in Interest.

-ooOoo-

Petitioner seeks permission to file a belated notice of appeal.  The Attorney General was given an opportunity to file opposition to the request and told that its failure to do so would be treated as consent to the requested relief being granted without further proceedings.  The Attorney General failed to file a response within the allotted time.

The Attorney General's failure to respond, in accordance with our order filed on April 14, 2023, is deemed to constitute an agreement that the requested relief ought to be granted without further proceedings.  (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

---

*        Before Levy, Acting P. J., Peña, J. and Meehan, J.

Therefore, we grant petitioner's request to file a belated notice of appeal.

## **DISPOSITION**

Petitioner is directed to file, on or before 60 days from the date of this opinion, a notice of appeal in Tulare County Superior Court action No. PCF413779B.

Let a writ of habeas corpus issue directing the Clerk of the Superior Court for Tulare County to file said request in its action No. PCF413779B, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives said request on or before 60 days from the date of this opinion.

This opinion is final forthwith as to this court.